SM

**RECEIVED**
10/1/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DB

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

MARY A GARCIA )
_____ )
_____ )
Plaintiff(s), )   Case Number: _____
)
v. )   **1:21-cv-05222**
DUPAGE COUNTY RECORDER )   **Judge Bucklo**
)   **Magistrate Judge Cummings**
_____ )   **RANDOM**
Defendant(s). )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is ___HEARING - IMPAIRED_____ of the county of ___DUPAGE_____ in the state of ___ILLINOIS___.

3. The defendant is_____, whose street address is ___421 N COUNTY FARM RD, FL 1-400___,
(city) ___WHEATON___ (county) ___DUPAGE___ (state) ___IL___ (ZIP) ___60187___
(Defendant's telephone number) ___(630)___-___407 5400___

4. The plaintiff sought employment or was employed by the defendant at (street address) ___1114 BRUNSWICK LANE___ (city) ___AURORA___
(county) ___DUPAGE___ (state) ___IL___ (ZIP code) ___60504___

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) JANUARY , (day) 24 , (year) 2020 .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) NOVEMBER [~~FEBRUARY~~] (day) 20 (year) 2020 .

        (ii) ☐ the Illinois Department of Human Rights, on or about (month) MARCH (day) 15 (year) 2020 .

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ Yes, ☒ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☒ Yes (month) __MARCH__ (day) __15__ (year) __2020__

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) __AUGUST__ ~~SEPTEMBER~~

(day) __16__ (year) __2021__.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes  ☒ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes  ☒ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☒ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.

    (b) ☒ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ failed to stop harassment;

    (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☒ other (specify): LACK OF IMPATIENCE DUE TO DISABILITY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

REFUSED TO ACCOMMODATE WHEN QUESTIONS AROSE DURING A FEW WEEKS OF MY EMPLOYMENT THAT I TURNED TO HUMAN RESOURCES FOR HELP SO AS NOT TO LOSE MY EMPLOYMENT. EMPLOYER GOT UPSET THAT I EMAILED HUMAN RESOURCES DIRECTOR, MARGARET EWING.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

HEARING-IMPAIRMENT

BEING REPEATEDLY HARASSED BY SUPERVISOR, NICOLA ROWELL

WAS TAUNTED BY SUPERVISOR, NICOLA ROWELL

TOLD EMPLOYEES NOT TO ASSIST ME ON JOB TASKS IN CASE QUESTIONS AROSE, ETC.

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

  (a)   ☐ Direct the defendant to hire the plaintiff.

  (b)   ☐ Direct the defendant to re-employ the plaintiff.

  (c)   ☐ Direct the defendant to promote the plaintiff.

  (d)   ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

  (e)   ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

  (f)   ☒ Direct the defendant to (specify): PAY THE SETTLEMENT & PAY THE ATTORNEY'S FEES DUE TO NO INCOME/ EMPLOYMENT, EXCEPT SSDI

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

MARY A GARCIA
(Plaintiff's name)

1114 BRUNSWICK LANE
(Plaintiff's street address)

(City) AURORA (State) IL (ZIP) 60504

(Plaintiff's telephone number) (630) - 256 8039

Date: 10/1/21

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016